UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|  | : | |
| Julie E. Stefeler | : | Case No.: 19-11395JKF |
|  | : | |
| Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan and Notice of Motion was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Scott F. Waterman, Esq.**
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, Pa 19606

**Stephen M. Hladik, Esq.**
Hladik, Onorato, & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454

**MTGLQ Investors, LP**
c/o Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619

Dated: April 14, 2020

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107